UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

 Plaintiff,         Case No. 3:22-cr-96

vs.

CRAIG PATRICK DONOHOE,    District Judge Michael J. Newman

 Defendant.

**ORDER DENYING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (Doc. No. 3)**

  This criminal case is before the Court upon Defendant's *pro se* letter in which he requests early termination of his five-year term of supervised release.  Doc. No. 3.

  Previously, a District Judge in the United States District Court for the District of North Dakota, Western Division, accepted Defendant's plea of guilty to a single count of conspiracy to distribute methamphetamine (a mixture of 500 grams or more).  Doc. No. 1, PageID at 10.  Defendant was sentenced to time served and a five-year term of supervised release.  *Id* at PageID 11-12.  He began serving his time on supervised release on May 23, 2022.  *Id*. at PageID 1.  One special condition of his supervised release placed Defendant on home confinement with location monitoring for a period of twenty-four months.  *Id*. at PageID 14.

  In September 2022, Defendant's case was transferred to this Court where he remained on home detention with location monitoring.  *Id*.  On December 29, 2022, this Court modified the conditions of Defendant's supervised release by suspending the time he has remaining on his twenty-four months of home confinement with location monitoring, based on the U.S. Probation

Officer's recommendation.  Doc. No. 2.  Defendant remains on, and continues to serve his five-year term of supervised release, which expires on May 22, 2027.  Doc. No. 1 at PageID 1.

Defendant's *pro se* letter contains a well-written description of the steps he has taken to move his life in a positive direction, including, for example, maintaining steady employment and being actively engaged in raising his two young daughters.  Doc. No. 3 at PageID 19.  Yet, Defendant has served just sixteen months (approximately) of his five-year term of supervised release.  Given this and in light of the serious felony he committed, he must remain on supervised release.  Consequently, his motion for early termination of his supervised release is **DENIED**.

    **IT IS SO ORDERED.**

  September 29, 2023                          s/ Michael J. Newman
                                                Hon. Michael J. Newman
                                                United States District Judge

cc:    Melissa Stidham
       U.S. Probation Officer

       Melissa Dues
       Supervising U.S. Probation Officer